FILED

2005 Jun-22  PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **OMA B. HELMS,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **CV-04-BE-3333-S** |
| | ] | |
| **PUBLIC STORAGE** | ] | |
| **COMPANIES, INC.,** | ] | |
| | ] | |
| **Defendant.** | ] | |
| | ] | |

## <u>ORDER OF DISMISSAL</u>

Currently pending before the court is the defendant's motion to stay litigation and to compel arbitration (doc. # 4).  After the issuance of a briefing schedule on the motion to stay, the plaintiff filed a response indicating that she did not object to staying the matter pending arbitration but "argues that she should not be compelled to incur arbitrator fees or other fees outside of any fees she would incur in filing a case in Federal Court."[1] However, the plaintiff does not provide the court with any authority in support of this argument.  Helms also requests that the case be stayed, instead of dismissed.

After a careful evaluation of the motion, the defendant's motion to compel arbitration is GRANTED.  However, the motion to stay the proceedings is DENIED. Further, the plaintiff's request that the court unilaterally limit the expense of arbitration to

---

[1] *See* doc. # 8.

any expenses that she would incur in filing this case in federal court is DENIED.  The

terms of the arbitration agreement, whose validity the plaintiff does not contest, control

the allocation of arbitration fees.

Based on the foregoing, this case is due to be DISMISSED, without prejudice with

leave to re-file the case after the completion of arbitration, if necessary.

DONE and ORDERED this the 22nd day of June, 2005.

_____

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE